Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC.
FILED
AUG 2 6 2005
AT_____ O'CLOCK_____ M
SOFRON B. NEDILSKY

NAQUASEH B. WAUBANASCUM,

        Plaintiff,        Case No. 01-C-111

        v.

SHAWANO COUNTY,

        Defendant.

## OPINION AND ORDER

In compliance with the August 1, 2005, mandate of the United States Court of Appeals for the Seventh Circuit, the court ORDERS as a matter of law that judgment is entered in favor of the Defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> This action came before the court on remand from the Seventh Circuit Court of Appeals and the Court of Appeals having vacated the judgment entered on August 24, 2004, and mandated that judgment be entered in favor of Defendant Shawano County,
>
> Accordingly,
>
> IT IS ORDERED AND ADJUDGED
>
> that Plaintiff Naquaseh Waubanascum take nothing and that this action is dismissed upon its merits and that the parties shall bear their own costs.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 26th day of August, 2005.

*Thomas J. Curran*
Thomas J. Curran
United States District Judge